# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CASCADA ISLE HOMEOWNERS ASSOCIATION, INC.,**
a Florida not-for-profit corporation,
Appellant,

v.

**ANGEL ALBO BENARROCH** and
**ESTER ROZEMBERG DE ALBO,**
Appellees.

No. 4D2025-0611

[July 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos Augusto Rodriguez, Judge; L.T. Case No. 062023CA014872AXXXCE.

Joseph G. Paggi III of Stevens & Goldwyn, P.A., Plantation, and Daniel Adam Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

Erin Pogue Newell of Open Book Appeals, Fort Lauderdale, and Lourdes Esther Ferrer of Ferrer Law Group, Weston, for appellees.

PER CURIAM.

*Affirmed.*

SHEPHERD, LOTT, JJ., and COATES, JR., HOWARD K., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***